```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDGAR VARGAS,

                                          Plaintiff,

             -against-

197 8TH AVE DELI CORP, et al.,

                                          Defendants.
-------------------------------------------------------------------X

**24-CV-9545 (DEH) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 11, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The parties shall make any amendments to the pleadings or joinder of parties **by April 11, 2025,** and thereafter, only upon a showing of good cause.

The parties shall complete fact discovery **by September 12, 2025**.

Defendants shall provide Plaintiff with records regarding pay amounts, rates and hours and dates of employment **by April 11, 2025**.

A settlement conference in this matter is scheduled for **Tuesday, June 17, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 10, 2025 by 5:00 p.m.**

      **SO ORDERED.**

DATED:   New York, New York
         March 11, 2025

                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge