USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDGAR VARGAS,

                             Plaintiff,

        -against-

197 8TH AVE DELI CORP, et al.,

                            Defendants.
----------------------------------------------------------------X

24-CV-9545 (DEH) (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Case Management conference in this matter is hereby scheduled for **Monday, August 11, 2021 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               June 23, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge