# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Nardo@Raynardo.com

BY ECF

Hon. Katharine H. Paker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 08/05/2025

Re: *Vargas v. 197 8th Ave Deli et al;*
1:24-cv-09545

Dear Judge Parker:

I represent the Plaintiff in the above case, which is scheduled for a conference on August 11, 2025 at 11:00am. I will be on an airplane at the time, and I am requesting an adjournment. There have been no prior requests for an adjournment and my adversary consents. We propose the following dates:

- August 22
- September 8, 10, 12 after 1:00 p.m.

In addition, the parties request a 30 days extension of discovery until October 15, 2025 to complete deposition discovery. There have been no prior requests to adjourn this deadline, and the parties consent. Thank you for your consideration.

Very truly yours,

RAYMOND NARDO, ESQ.

RN:rn

---

**APPLICATION GRANTED:** Discovery is deadline is extended to <u>10/15/2025</u>. The Case Management Conference set for 8/11/2025 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, October 16, 2025 at 2:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/05/2025