**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EDGAR VARGAS,

                                   Plaintiff,

               -against-

197 8TH AVE DELI CORP, et al.,

                                   Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/22/2026___

**24-CV-9545 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Court's Opinion and Order at ECF No. 28, dismissing the individual Defendants, but not the corporate Defendant from this action, **the Clerk of Court is respectfully directed to terminate the following individuals from the docket: Abdoo Yahya, Bashir Alkandi, and Arif Mugali.**

     **SO ORDERED.**

DATED:      New York, New York
            January 22, 2026

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge